UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Augustin Herrera Sanchez

      v.                        Civil No. 10-cv-210-SM

United States of America

O R D E R

The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealabilty. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2255; First Cir. LR 22.0.

SO ORDERED.

June 30, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:    Augustin Herrera Sanchez
       Aixa Maldonado-Quinones